UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ERICK CRUZ**                    :

**v.**                            : NO. 301cv69 (JBA)
                                    PRISONER
**WARDEN, ET AL**                 :

O R D E R

    Defendant Levester has been defaulted and has not moved to set aside the default.  Default judgment in favor of plaintiff may enter only on application by plaintiff.  See Fed. R. Civ. P. 55(b)(2) ("the party entitled to a judgment by default shall apply to the court therefor").  Accordingly, plaintiff is directed to file a motion for default judgment within thirty (30) days from the date of this order.

    Failure to file a motion for default judgment may result in the dismissal of this action for failure to prosecute.

                        IT IS SO ORDERED.

                        ____/s/_____
                        Janet Bond Arterton
                        United States District Judge

**Dated at New Haven, Connecticut: August 03, 2004**