UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Jul 30  11 34 AM '04

ERICK CRUZ

    v.

WARDEN, et al.

PRISONER
Case No. 3:01cv69(JBA)

ORDER OF DISMISSAL

    By order filed September 12, 2003, the court directed plaintiff to complete a 285 U.S. Marshal service forms and summons forms for defendants Gomez, Hilliard and Riccoutti. Plaintiff was cautioned that failure to return the form would result in the dismissal of this case as to these three defendants without further notice from the court. To date, plaintiff has not responded to the order. He has neither submitted the form nor filed a motion for extension of time within which to do so. Thus, the Marshal is unable to effect service on defendants Gomez, Hilliard and Riccoutti.

    Accordingly, all claims against defendants Gomez, Hilliard and Riccoutti are DISMISSED without prejudice pursuant to Rule 41(b), Fed. R. Civ. P., for failure to comply with the court's order and failure to prosecute this case. Any motion to reopen this case as to defendants Gomez, Hilliard and Riccoutti shall demonstrate good cause for failing to comply with the court's

order and shall be accompanied by the required forms.

SO ORDERED at New Haven, Connecticut, this 29th day of July, 2004.

_____
Janet Bond Arterton
United States District Judge