UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CRUZ                               :

v.                                 :   NO. 3:01cv69 (JBA)

WARDEN LEVESTER                    :

## NOTICE OF PROPOSED DISMISSAL

on July 30, 2004, the Court dismissed all claims against defendant Hilliard, Ruccoutti and Gomez because plaintiff failed to return service forms for these defendants to the court. On August 3, 2004, the court noted that default had entered against defendant Warden levester and directed plaintiff to file a motion for default judgment within thirty days. Plaintiff was cautioned that failure to file a motion for default judgment could result in the dismissal of the remaining claims in this action for failure to prosecute.

Plaintiff has not filed a motion for default judgment and has not otherwise responded or pled. Accordingly, if no action is taken or no satisfactory explanation for inaction is submitted to the court by 10/25/04 this case will be dismissed pursuant to D. Conn. L. Civ. R. 41(a).

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: October 5, 2004