UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT 27  P 1: 54

U.S. DISTRICT COURT
NEW HAVEN, CT

ERIC CRUZ

v.

WARDEN
HILLIARD
RUCCOUTTI
GOMEZ

PRISONER
Case No. 3:01cv69(JBA)

## JUDGMENT OF DISMISSAL

On July 30, 2004, the court dismissed all claims against defendants Hilliard, Ruccoutti and Gomez because plaintiff failed to return service forms for these defendants to the court. On August 3, 2004, the court noted that default had entered against defendant Warden Levester and directed plaintiff to file a motion for default judgment within thirty days. Plaintiff was cautioned that failure to file a motion for default judgment would result in the dismissal of the remaining claims in this action. On October 6, 2004, the court filed a Notice of Proposed Dismissal informing plaintiff that if no action were taken or no sufficient explanation for inaction were submitted to the court by October 25, 2004, the case would be dismissed. Plaintiff has not responded to the notice.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice pursuant to Rule 41(b), Fed. R. Civ. P., for failure to comply with the court's order. and the case is closed.

Entered at New Haven, Connecticut, this 27th day of October, 2004.

Janet Bond Arterton
United States District Judge

Entered on the Docket _____